IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division



FILED
IN OPEN COURT

MAR - 4 2015

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:15cr25 |
| | ) | |
| | ) | 18 U.S.C. § 1703(a) (Secreting and |
| | ) | Detaining U.S. Mail - Counts 1 - 4) |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| SHALITA K. CORLEY | ) | |

## INDICTMENT

MARCH 2015 TERM -- at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 3, 2015, in Norfolk in the Eastern District of Virginia, defendant SHALITA K. CORLEY, an employee of the United States Postal Service who came into the possession of and was entrusted with letters, postal cards, packages, bags, and other pieces of mail which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service, knowingly and unlawfully secreted, destroyed, detained, and delayed such items; that is, while working as a city carrier assistant with the United States Postal Service, SHALITA K. CORLEY received assorted items of mail for delivery to persons in Norfolk and, rather than properly delivering said items to the intended recipients, SHALITA K. CORLEY disposed of these items by dumping them into an overgrown lot adjacent to the Lafayette River and a residential neighborhood in Norfolk, Virginia.

(In violation of Title 18, United States Code, Section 1703(a)).

## COUNT TWO

On or about January 30, 2015, in Norfolk in the Eastern District of Virginia, defendant SHALITA K. CORLEY, an employee of the United States Postal Service who came into the possession of and was entrusted with letters, postal cards, packages, bags, and other pieces of mail which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service, knowingly and unlawfully secreted, destroyed, detained, and delayed such items; that is, while working as a city carrier assistant with the United States Postal Service, SHALITA K. CORLEY received assorted items of mail for delivery to persons in Norfolk and, rather than properly delivering said items to the intended recipients, SHALITA K. CORLEY disposed of these items by dumping them into an overgrown lot adjacent to the Lafayette River and a residential neighborhood in Norfolk, Virginia.

(In violation of Title 18, United States Code, Section 1703(a)).

## COUNT THREE

On or about January 23, 2015, in Norfolk in the Eastern District of Virginia, defendant SHALITA K. CORLEY, an employee of the United States Postal Service who came into the possession of and was entrusted with letters, postal cards, packages, bags, and other pieces of mail which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service, knowingly and unlawfully secreted, destroyed, detained, and delayed such items; that is, while working as a city carrier assistant with the United States Postal Service, SHALITA K. CORLEY received assorted items of mail for delivery to persons in Norfolk and, rather than properly delivering said items to the intended recipients, SHALITA K. CORLEY disposed of these items by dumping them into an overgrown lot adjacent to the Lafayette River and a residential neighborhood in Norfolk, Virginia.

(In violation of Title 18, United States Code, Section 1703(a)).

## **COUNT FOUR**

On or about January 16, 2015, in Norfolk in the Eastern District of Virginia, defendant SHALITA K. CORLEY, an employee of the United States Postal Service who came into the possession of and was entrusted with letters, postal cards, packages, bags, and other pieces of mail which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service, knowingly and unlawfully secreted, destroyed, detained, and delayed such items; that is, while working as a city carrier assistant with the United States Postal Service, SHALITA K. CORLEY received assorted items of mail for delivery to persons in Norfolk and, rather than properly delivering said items to the intended recipients, SHALITA K. CORLEY disposed of these items by dumping them into an overgrown lot adjacent to the Lafayette River and a residential neighborhood in Norfolk, Virginia.

(In violation of Title 18, United States Code, Section 1703(a)).

*United States v. Shalita K. Corley*: 2:15cr 25

A TRUE BILL:

REDACTED COPY

FOREPERSON

Sealed Pursuant to the
E-Government Act of 2002

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

Dana J. Boente
United States Attorney

By: *[signature]*
Robert J. Krask
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
bob.krask@usdoj.gov